**FILED**

**NOV 3 0 2020**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER D. JOHNSON | No. 20 CR 833<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>**JUDGE LEFKOW**<br>**MAGISTRATE JUDGE COLE** |

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about April 26, 2020, at Markham, in the Northern District of Illinois, Eastern Division,

CHRISTOPHER D. JOHNSON,

defendant herein, knowing that he previously had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, namely eight .40 caliber cartridges bearing the headstamp R - P 40 S&W, which ammunition had traveled in interstate commerce prior to defendant's possession of the ammunition;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2020 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, eight .40 caliber cartridges bearing the headstamp R - P 40 S&W.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY