# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Johnson

Case Number: 1:20-cr-00833

An appearance is hereby filed by the undersigned as attorney for:

Christopher Johnson

Attorney name (type or print): Cierra N. Norris

Firm: The Law Office of C.N. Norris, LLC

Street address: 55 E. Monroe Street Ste. 3800

City/State/Zip: Chicago/IL/60603

Bar ID Number: 6325783
(See item 3 in instructions)

Telephone Number: 234-525-8833

Email Address: cierra@cnnorrislaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/17/2020

Attorney signature: S/ Cierra Norris
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015