# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: USA v. Christopher D. Johnson

Case Number: 20 CR 833

An appearance is hereby filed by the undersigned as attorney for:
Christopher D. Johnson

Attorney name (type or print): Erin DeGrand

Firm: Federal Defender Program

Street address: 55 E. Monroe St., Suite 2800

City/State/Zip: 60603

Bar ID Number: 6323802
(See item 3 in instructions)

Telephone Number: 312-621-2026

Email Address: erin_degrand@fd.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☒ Appointed Counsel
If appointed counsel, are you a
☒ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/10/2024

Attorney signature: S/ Erin DeGrand
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015